# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr- 328 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JORGE JOAO PEREZ (ID#)1513794 |
| vs. | |
| JORGE JOAO PEREZ, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JORGE JOAO PEREZ** before the United States District Court at Las Vegas, Nevada, on or about _____ I/A & A/P Fri: 1/3/2020 2:30 PM VCF 3D _____, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 31, 2019

_____
UNITED STATES MAGISTRATE JUDGE

**CAM FERENBACH**
**U.S. MAGISTRATE JUDGE**

```
 1  NICHOLAS A. TRUTANICH
    United States Attorney
 2  District of Nevada
    Nevada Bar Number 13644
 3  DANIEL E. CLARKSON
    Assistant United States Attorney
 4  Nevada State Bar Number 12940
    501 Las Vegas Boulevard South
 5  Suite 1100
    Las Vegas, Nevada 89101
 6  702-388-6336

 7              UNITED STATES DISTRICT COURT
 8                  DISTRICT OF NEVADA
                          -oOo-
 9

10  UNITED STATES OF AMERICA,       )  Case No.: 2:19-cr- 328
                                    )
11          Plaintiff,               )  PETITION FOR WRIT OF HABEAS
                                    )  CORPUS AD PROSEQUENDUM FOR
                                    )  JORGE JOAO PEREZ
12      vs.                          )  (ID#)1513794
                                    )
13  JORGE JOAO PEREZ,                )
                                    )
14          Defendant.               )
                                    )
15  _____)
```

The petition of the United States Attorney for the District of Nevada respectfully shows that **JORGE JOAO PEREZ** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JORGE JOAO PEREZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JORGE JOAO PEREZ** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____ I/A & A/P Fri: 1/3/2020 _____, for 2:30 PM VCF 3D arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JORGE JOAO PEREZ** before the United States District Court on or about _____ I/A & A/P Fri: 1/3/2020 _____, for arraignment and from time
2:30 PM VCF 3D

to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JORGE JOAO PEREZ** before the United States District Court on or about ___ I/A & A/P Fri: 1/3/2020 2:30 PM VCF 3D ___, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 31st day of December, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ 
DANIEL E. CLARKSON
Assistant United States Attorney