1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

6

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-328-KJD-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| JORGE JOAO PEREZ, | |
| Defendant. | |

7
8
9
10
11

12       This Court finds Jorge Joao Perez pled guilty to Count One of a One-Count

13   Criminal Indictment charging him with felon in possession of a firearm in violation of 18

14   U.S.C. § 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea

15   Agreement, ECF No. __.

16       This Court finds Jorge Joao Perez agreed to the forfeiture of the property set forth in

17   the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal

18   Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

19       This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United

20   States of America has shown the requisite nexus between property set forth in the Plea

21   Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to

22   which Jorge Joao Perez pled guilty.

23       The following property is any firearm or ammunition involved in or used in any

24   knowing violation of 18 U.S.C. § 922(g)(1), and is subject to forfeiture pursuant to 18 U.S.C.

25   § 924(d)(1) with 28 U.S.C. § 2461(c):

26           1.  Springfield XO 9mm caliber pistol, bearing serial number XD835131; and

27           2.  Any and all compatible ammunition

28   (all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Jorge Joao Perez in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

1  not sent, no later than sixty (60) days after the first day of the publication on the official

2  internet government forfeiture site, www.forfeiture.gov.

3       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

4  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

5  Attorney's Office at the following address at the time of filing:

6       Daniel D. Hollingsworth
     Assistant United States Attorney
7       James A. Blum
     Assistant United States Attorney
8       501 Las Vegas Boulevard South, Suite 1100
     Las Vegas, Nevada 89101.

9

10       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

11  described herein need not be published in the event a Declaration of Forfeiture is issued by

12  the appropriate agency following publication of notice of seizure and intent to

13  administratively forfeit the above-described property.

14       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

15  copies of this Order to all counsel of record.

16       DATED __February 17_____, 2021.

17

18

19  KENT J. DAWSON

20  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on **DATE**, 2020.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal