UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00328-KJD-DJA-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JORGE JOAO PEREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Wednesday, November 15, 2023 at 1:00 p.m., be vacated and continued to December 19, 2023 at 1:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 13th day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3