UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE JOAO PEREZ,<br><br>    Defendant. | Case No. 2:19-cr-00328-KJD-DJA-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Tuesday, December 19, 2023 at 1:00 p.m., be vacated and continued to March 18, 2024 at 1:00 pm in LV Courtroom 3B.

   DATED this  15   day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE