RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Jorge Joao Perez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE JOAO PEREZ,<br><br>    Defendant. | Case No. 2:19-cr-00328-KJD-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven W. Myhre, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Jorge Joao Perez, that the Revocation Hearing currently scheduled on March 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to gather information regarding Mr. Perez's state court case and detainer, which is the subject of the new law violation in the petition.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 11th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By */s/ Steven W. Myhre*<br>STEVEN W. MYHRE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE JOAO PEREZ,<br><br>　　　　Defendant. | Case No. 2:19-cr-00328-KJD-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 26, 2024 at 9:30 a.m., be vacated and continued to June 25, 2024 at the hour of 9:30 a.m.; or to a time and date convenient to the court and in courtroom 4A.

　　DATED this 13 day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3